**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 14, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00451-CV

### IN RE GLENN BELFORD, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-73699**

---

## MEMORANDUM OPINION

On May 31, 2018, relator Glenn Belford filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Debra Ibarra Mayfield, presiding judge of the 190th District Court of Harris County, to

vacate her May 21, 2018 order granting defendant Robert Spencer's motion to reconsider and resetting the hearing on Spencer's motions for summary judgment for July 23, 2018.

On June 4, 2018, relator filed an emergency motion for stay with this court. *See* Tex. R. App. P. 52.10(a).

To obtain mandamus relief, a relator generally must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that he is entitled to mandamus relief.

We therefore deny relator's petition for writ of mandamus and motion for stay.


PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.